| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 07/27/2021 |

HERIKS AGOSTO-RAMOS,

                Plaintiff,

v.

BLUE SKY TRANSPORT, LLC, and MARIUS GROZONIN,

                Defendants.

No. 21-CV-4686 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The initial case management conference that was previously scheduled for July 23, 2021 is hereby rescheduled to **August 6, 2021 at 10:30 a.m.** Unless there are any updates on the status of the case beyond what was contained in the parties' previous joint submissions, *see* Dkts. 8, 10, the parties need not submit anything further in advance of this conference.

    The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:   July 27, 2021
           New York, New York

                                                            Ronnie Abrams
                                                           United States District Judge